

| ZACHARY W. CARTER<br>Corporation Counsel | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | PAUL H. JOHNSON<br>phone: (212) 356-2656<br>fax: (212) 356-3509<br>pajohnso@law.nyc.gov |
|---|---|---|

June 26, 2017

**VIA ECF**
Honorable Steven M. Gold
United States Magistrate Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: Anthony Carty v. City of New York, et al.
     15-CV-04755 (SJ)(SMG)

Your Honor:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the City of New York, Lt. Patrick O'Neill, Police Officer Ronald Carpusi, Police Officer Sean Dawson and Police Officer Janine Sartini in the above-referenced matter. Defendants write in response to the Court's order dated June 23, 2017 that the parties choose a date to conduct a trial in this matter. The parties consulted their respective parties and they are unavailable on the dates offered by the Court. The parties therefore ask if the Court has availability to conduct a trial in this matter during the first two weeks of August. The parties also write to request an additional day to choose a trial date based on the Court's availability during that time period.

  The parties thank the Court for its consideration of this matter.

                    Respectfully submitted,

                     Paul H. Johnson
                     *Senior Counsel*
cc: All Counsel **(via ECF)**          Special Federal Litigation Division